```
                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION


IN RE: LEODEGARIO E. & MARIAFE V. PEPITO)
                                        )
                                        )
REAL TIME RESOLUTIONS, INC.,            )
         Creditor,                      )
                                        )
    vs.                                 ) CASE NO. 10B00829
                                        ) JUDGE SUSAN PIERSON SONDERBY
LEODEGARIO E. & MARIAFE V. PEPITO,      )
                         Debtor         )
                                        )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Real Time Resolutions, Inc., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the April 2010 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of February 7, 2011.

   a. Attorney's Fees                                     =    $250.00

   b. Payments    (7 @ $372.31 = $2,606.17)
                  (4 @ $360.30 = $1,441.20)     = $4,047.37
   c. Late Charges                                        =    $207.97

   d. Suspense                                            =   ($336.17)

      **Total                                         = $4,169.17**

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, Real Time Resolutions, Inc. rights to collect these amounts will remain unaffected.

    Respectfully Submitted,
Real Time Resolutions, Inc.

/s/Dana N. O'Brien
Dana N. O'Brien
ARDC#6256415

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088